**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6121**

TERRY SHIPMON,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
MICHAEL W. MOORE, Director, South Carolina
Department of Corrections; OFFICER QUICK;
OFFICER DUPREE,

Defendants - Appellees,

and

TWO UNKNOWN CORRECTIONAL OFFICERS, Evans
Transportation Unit,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence. David C. Norton, District Judge. (CA-
96-285-4-18BE)

Submitted: May 15, 1997          Decided: May 29, 1997

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Shipmon, Appellant Pro Se.  Andrew Foster McLeod, GRIGGS, SPRUILL & HARRIS, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Shipmon v. South Carolina Dep't of Corr.</u>, No. CA-96-285-4-18BE (D.S.C. Jan. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>